IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JUDY CLINE,

    Plaintiff,

v.                                    CASE NO. 1:10-cv-241-SPM -GRJ

PRINCIPAL LIFE INSURANCE
COMPANY,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Defendant Principal Life Insurance Company's Unopposed Motion For Extension of Time. (Doc. 4.) Defendant requests a thirty day extension of time to respond to the Complaint. Plaintiff does not object to the requested relief.

Accordingly, upon due consideration, it is **ORDERED:**

1. Defendant Principal Life Insurance Company's Unopposed Motion For Extension of Time (Doc. 4) is **GRANTED**.

2. Defendant shall file its response to the Complaint on or before **February 3, 2011.**

**DONE AND ORDERED** this 28th day of December, 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge